IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |  |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. G-14-16 |
| | § | |
| JUSTIN ANDREW BARNETT | § | |

## ORDER OF DETENTION PENDING TRIAL

On July 7, 2014, this Court convened the combined Initial Appearance and Arraignment of **Justin Andrew Barnett,** the named Defendant, in the above-styled and numbered cause. Having considered the oral report of the Pretrial Services Officer and the Defendant's confirmation that he is now serving a state court felony sentence of imprisonment, the Court makes the following findings of fact and conclusions of law.

Since **Barnett** is now in state custody and has no legitimate claim to a liberty interest that would justify an immediate or meaningful Detention Hearing under 18 U.S.C. § 3142(f), it is the **ORDER** of this Court that good cause exists to postpone the need for a Detention Hearing until such time as **Barnett** can maintain a legitimate liberty interest. See United States v. King, 818 F.2d 112, 114 (1st Cir. 1987). Accordingly, the Court finds that there is no need to conduct a Detention Hearing at this time.

It is, therefore, **ORDERED** that the **Justin Andrew Barnett** be, and he is hereby, **COMMITTED** to the custody of the Attorney General or his designated representative for confinement in a corrections facility.

It is further **ORDERED** that the **Justin Andrew Barnett SHALL** be afforded a reasonable opportunity for private consultation with defense counsel.

It is further **ORDERED** that upon Order of a Court of the United States or upon request of an attorney for the Government, the person in charge of the corrections facility **SHALL** deliver the **Justin Andrew Barnett** to the United States Marshal for the purpose of an appearance in connection with a Court proceeding.

**DONE** at Galveston, Texas, this \_\_\_\_\_7th\_\_\_\_\_ day of July, 2014.

_____
John R. Froeschner
United States Magistrate Judge